# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARRY DEAN, | ) Case No.: 1:18-cv-01564 - JLT |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST |
| v. | ) FOR AN EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY, | ) (Doc. 15) |
| Defendant. | ) |

On September 26, 2019, the parties stipulated to allow Plaintiff to have extension of time to file a reply brief. (Doc. 15) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 3), and this is the first extension requested by either party. Thus, an extension of thirty days is appropriate. Accordingly, the Court **ORDERS**:

1.     The extension of time is **GRANTED**;

2.     Plaintiff **SHALL** file a reply brief on or before **October 3, 2019**.

IT IS SO ORDERED.

Dated:     **September 27, 2019**          **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE