# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARRY DEAN, | ) Case No.: 1:18-cv-1564 - JLT |
| Plaintiff, | ) ORDER AWARDING ATTORNEY'S FEES ) PURSUANT TO THE EQUAL ACCESS TO |
| v. | ) JUSTICE ACT |
| ANDREW SAUL, Commissioner of Social Security, | ) (Doc. 20) |
| Defendant. | ) |

David Garry Dean and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 22) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $5,907.55 are **AWARDED** to David Garry Dean.

IT IS SO ORDERED.

Dated: **March 23, 2020**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE